# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 7, 2018

Stephen J. Markman,
Chief Justice

156532

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                   SC: 156532
                                   COA: 332376
                                   Midland CC: 15-006074-FC

JACK CHRIS BIERI,
      Defendant-Appellant.
_____/

      On order of the Court, the application for leave to appeal the August 3, 2017 judgment of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE that part of the Court of Appeals judgment addressing the denial of the defendant's pretrial request for funds to pay for an independent DNA expert, and we REMAND this case to that court for reconsideration in light of *People v Kennedy* (Docket No. 154445). In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court.

      We do not retain jurisdiction.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 7, 2018



Clerk

t1031